CORABEL McCROSSEN, Appellant, *v.* THOMAS A. MOOR-
HEAD, Respondent.

*Appeal — unanimous decision by Appellate Division that verdict was
against weight of evidence — appeal from order reversing and granting
new trial dismissed.*

*McCrossen* v. *Moorhead,* 205 App. Div. 497, appeal dismissed.
(Argued October 1, 1923; decided October 9, 1923.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the third
judicial department, entered May 21, 1923, reversing
a judgment in favor of plaintiff entered upon a verdict
and granting a new trial.

The motion was made. upon the ground that the
Appellate Division unanimously held that the verdict
was not supported by the evidence.

*Borden H. Mills* for motion.
*Abram L. Jordan* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.

---

PHILIP NOVICK, as Trustee in Bankruptcy of the CAPITAL
LAMP AND SHADE COMPANY, Appellant, *v.* CARL S.
DUCKOR, Respondent, Impleaded with Another.

*Appeal — order of Appellate Division reversing order adjudging defend-
ant guilty of contempt — appeal without permission dismissed.*

*Novick* v. *Duckor,* 206 App. Div. 626, appeal dismissed.
(Argued October 1, 1923; decided October 9, 1923.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the second
judicial department, entered March 9, 1923, which
reversed an order of Special Term adjudging the respond-
ent herein in contempt of court.

The motion was made upon the ground that the order
was merely an order in the action and that permission
to appeal had not been obtained.

*Milton C. Weisman* for motion.
*David Haar* opposed.